# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

LARRY THOMAS O'BRIEN, :
:
    **Plaintiff,** :
:
v. : Civil Action No.
: 7:10-cv-30 (HL)
Probation Officer DANIEL :
HANCOCK, et al., :
:
    **Defendants.** :
_____ :

## ORDER

Before the Court is the Recommendation (Doc. 8) entered on August 16, 2010, of United States Magistrate Judge Thomas Q. Langstaff, in which the Magistrate Judge recommends that Plaintiff's claims against Defendants Simmons, Metts, Perkins, McClain, Pickett, Hamilton, Drawdy, Barton, Hughes, Heath, Harris-Helms, and Stallings-Hancock be dismissed. The Magistrate Judge recommends that Plaintiff's claims against Probation Officer Daniel Hancock go forward.

Plaintiff has filed an objection (Doc. 10). Pursuant to 28 U.S.C. § 636(b)(1), the Court has thoroughly considered Plaintiff's objection and has made a de novo determination of the portion of the Recommendation to which he objects. After close consideration, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge. Accordingly, Plaintiff's claims against all

1

the Defendants except Probation Officer Daniel Hancock are dismissed.

    **SO ORDERED**, this the 19th day of November, 2010.

                                  *s/ Hugh Lawson*
                                  **HUGH LAWSON, SENIOR JUDGE**

lmc