IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

**LARRY THOMAS O'BRIEN**,

    Plaintiff,

v.

**DANIEL HANCOCK**,

    Defendant.

Civil Action No. 7:10-CV-30 (HL)

## ORDER

This matter is before the Court on the Recommendation of United States Magistrate Judge Thomas Q. Langstaff (Doc. 62), entered on April 17, 2012, in which he recommends that Defendants=Motion for Summary Judgment (Doc. 38) be granted.

Plaintiff has filed what the Court broadly construes as an objection to the Recommendation. The Court has made a *de novo* review of the Recommendation, and after careful consideration, accepts and adopts the findings and recommendations of the Magistrate Judge. Defendant's Motion for Summary Judgment (Doc. 38) is granted. Plaintiff's objection is overruled.

Plaintiff's Motion to Impute Disqualification (Doc. 66) is denied as moot.

**SO ORDERED**, this the 29th day of May, 2012.

               *s/ Hugh Lawson*
               **HUGH LAWSON, SENIOR JUDGE**

mbh