IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

**LARRY THOMAS O'BRIEN**,

   Plaintiff,

v.

**DANIEL HANCOCK**,

   Defendant.

Civil Action No. 7:10-CV-30 (HL)

### ORDER

This case is before the Court on Plaintiff's Motion for Reconsideration and Violation of Local Rule 83.3 (Doc. 72). Plaintiff has provided no valid reason for the Court to reconsider any of its previous orders. Further, the motion is untimely, as motions for reconsideration must be filed with the Clerk of Court within 14 days after entry of the order or judgment. The last order and judgment in this case was entered on May 29, 2012, and Plaintiff's motion was filed on June 19, 2012, which makes it untimely. The motion is denied.

**SO ORDERED**, this the 26th day of June, 2012.

                                      *s/ Hugh Lawson*
                                      **HUGH LAWSON, SENIOR JUDGE**

mbh