**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

**LARRY THOMAS O'BRIEN**,

    Plaintiff,

v.

**DANIEL HANCOCK**,

    Defendant.

Civil Action No. 7:10-CV-30 (HL)

**ORDER**

This case is before the Court on Plaintiff's Extraordinary Motion for New Trial (Doc. 86). The motion is denied. This is yet another attempt by Plaintiff to seek relief that is not available or is irrelevant to this action. The alleged new evidence presented by Plaintiff has no bearing on the case that was decided by this Court in favor of Defendant on May 29, 2012, or the appeal that was dismissed by the Eleventh Circuit Court of Appeals on October 25, 2012.

**SO ORDERED**, this the 22nd day of April, 2013.

                        *s/ Hugh Lawson*
                        **HUGH LAWSON, SENIOR JUDGE**

mbh