IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

**LARRY THOMAS O'BRIEN**,

    Plaintiff,

v().

**DANIEL HANCOCK**,

    Defendant.

Civil Action No. 7:10-CV-30 (HL)

### ORDER

On July 29, 2013, Plaintiff attempted to file another motion in this case, this one relating to a purported wrongful death claim. The motion is denied. This case is closed, and has been for some time. Final judgment in favor of the Defendant has been entered. It is inappropriate for Plaintiff to continue filing motions. Plaintiff is cautioned that any further filings in this case may result in the imposition of sanctions.

**SO ORDERED**, this the 5th day of August, 2013.

                       *s/ Hugh Lawson*
                       **HUGH LAWSON, SENIOR JUDGE**

mbh